**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 25-CR-329 (DLF)** |
| **v.** | **:** | |
| | **:** | |
| **DAJUANE GOODE,** | **:** | |
| | **:** | |
| Defendant. | **:** | |
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 26-CR-17 (DLF)** |
| **v.** | **:** | |
| | **:** | |
| **DAJUANE GOODE,** | **:** | |
| | **:** | |
| Defendant. | **:** | |
| | **:** | |

## MOTION TO CONTINUE

The parties write jointly to respectfully request a continuance of the hearing in this matter from May 26, 2026 to June 8, 2026 or June 9, 2026 in the afternoon, if the Court is available.  In support of the motion, the parties state as follows:

1. The Government provided plea paperwork to the Defense on May 19, 2026.

2. The Defense advised the Government that it will need a couple of weeks to review the paperwork.

3. Therefore, the parties jointly request that the Court continue the May 26, 2026 hearing to June 8, 2026 or June 9, 2026 in the afternoon for a plea agreement hearing.

4. The parties respectfully request that time be excluded under the Speedy Trial Act, under the interests of justice in order to allow the Defense to review the plea paperwork.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By:    */s/ Caelainn Carney*
       Caelainn Carney
       N.Y. Bar No. 5751672
       Assistant United States Attorney
       United States Attorney's Office for the
       District of Columbia
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-2673
       Caelainn.carney@usdoj.gov